IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE E. VEGA RAMIREZ
AGNES E. RIVERA SANCHEZ
                    DEBTOR(S)

CASE NUMBER: 07-04202 SEK

CHAPTER 13 ASSET CASE)

**MOTION FOR RECONSIDERATION OF DISMISSAL AND REQUESTING EXTENSION OF TIME TO REPLY TRUSTEE'S MOTION TO DISMISS AND CURE ARREARS THROUGH A POST CONFIRMATION MODIFICATION**

**TO THE HONORABLE COURT:**

**COME(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. On January 25th, 2011, Trustee filed a motion to Dismiss.

2. The Court granted the Trustee's Motion to Dismiss before the request for extension of time was filed.

3. Debtor wishes to request the reconsideration of the dismissal, he incurred in arrears due to the fact that he retired and is making all arrangements to get the complete and correct information of his finances in order to file the corresponding amendments, the lack of income made him incur in arrears but once he starts receiving his retirement on March 2011 he will resume his payments, he needs and extension of time to reply said motion in order to review all payments made to Trustee and prepare a motion for post confirmation modification which will take care of the issues raised by the Trustee.

4. Debtor wishes to request a period of thirty (30) days be granted for debtor to respond to said Motion and cure arrears though a post confirmation modification.

5. Debtor represents that the above constitutes cause for

```
JOSE E. VEGA RAMIREZ
AGNES E. RIVERA SANCHEZ
CASE NO.: 07-04202 SEK
PAGE 2
MOTION REQUESTING EXTENSION OF TIME...........
```

relief from the Judgement of dismissal pursuant to Rules 59 and 60 (b)(6) F.R. Civ. P., made applicable to case under title 11 by Rule 9024 F.R. B.P., which provide for relief from Judgement for "any reason justifying relief from the operation of the (Order)".

**NOTICE:** Within forty four(14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**WHEREFORE,** is respectfully requested from this Honorable Court to grant the present Motion, and enter an Order vacating and setting aside the Order dated February 28th, 2011.

In San Juan, Puerto Rico, this 28th, day of February 2011.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

RESPECTFULLY SUBMITTED

/S/Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

VEGA RAMIREZ JOSE EDUARDO
CALLE 10 S4
URB VILLA LOS SANTOS
ARECIBO PR 00612

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR 00902

RIVERA SANCHEZ AGNES ENEL
CALLE 10 S4
URB VILLA LOS SANTOS
ARECIBO PR 00612

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR 00918

MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR 00919-5596

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR 00902-0192

AAA
PO BOX 70101
SAN JUAN PR 00936-8101

ISLAND FINANCE
PO BOX 2803
BAYAMON PR 00960-2803

ACS
PO BOX 7060
UTICA NY 13504-7060

JC PENNEY
PO BOX 364788
SAN JUAN PR 00936-4788

AEELA
PO BOX 364508
SAN JUAN PR 00936-4508

JOYERIA GORDONS
255 AVE PONCE DE LEON
SUITE A-295
SAN JUAN PR 00917-1901

AUTORIDAD DE ENERGIA ELECTRICA DE PR
PO BOX 363508
SAN JUAN PR 00936-3508

PR TELEPHONE CO
PO BOX 360998
SAN JUAN PR 00936-0998

BPPR
AVE PIÑERO #280
HATO REY PR 00918

SPRINT
PO BOX 219554
KANSAS CITY MO 64121-9554

CINGULAR WIRELESS
PO BOX 192830
SAN JUAN PR 00919-5369

CRIM
PO BOX 195387
SAN JUAN PR 00919-5387