**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re: <br><br> **JOSE E. VEGA RAMIREZ** <br> **AGNES E. RIVERA SANCHEZ** <br><br> xxx-xx-6745 <br> xxx-xx-9931 <br><br> Debtor(s) | Case No.: 07-04202 (BKT) <br><br> Chapter 13 |

**TRUSTEE'S POSITION TO
DEBTORS MOTION FOR RECONSIDERATION OF DISMISSAL**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. This Honorable Court entered an Order dismissing the present case on February 28 2011. **Docket #56.**

2. On February 28 2011 Debtor filed a Motion for Reconsideration of said Order of Dismissal. **Docket #57.**

3. The Trustee has no objection to debtors request for reconsideration of dismissal, subject to the filing of a Post confirmation modification of plan and amended Schedule I and J to reflect debtor actual financial situation.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court to take note of the Trustee's position, and grants debtors request reconsideration of the case.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail **on**

**this same date to:** the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this **24th** day of March, 2011.

**By: /s/ Juliel Pérez Méndez –Staff Attorney**

**JOSE R. CARRION**
**CHAPTER 13 TRUSTEE**
**P.O. Box 9023884**
**Old San Juan Station**
**San Juan, P.R. 00902-3884**
**Tel (787) 977-3535**
**Fax (787) 977-3550**

07-04202-BKT                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE EDUARDO VEGA RAMIREZ<br>VILLA LOS SANTOS<br>S-4 CALLE 10<br>ARECIBO, PR 00612 |
| ASOCIACION EMPLEADOS DEL ELA<br>ATT. C MORALES SEC RECAUDACION<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | AT&T MOBILITY PR<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BPPR SERVICING AGENT OF MASS MUTUAL<br>C/O CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | ISLAND FINANCE<br>PO BOX 2803<br>BAYAMON, PR 00960-2803 |
| JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | JOYERIA GORDONS<br>255 AVE PONCE DE LEON<br>SUITE A-295<br>SAN JUAN, PR 00917-1901 |
| PREPA<br>C/O MARIA T GORBEA<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 | PUERTO RICO TELEPHONE COMPANY<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 |
| SPRINT-NEXTEL CORP<br>NEXTEL COMMUNICATIONS INC<br>PO BOX 172408<br>DENVER, CO 80217-2408 | UNIVERSIDAD INTERAMERICANA<br>DPO DE PRESTAMOS FED Y COBROS<br>PO BOX 363255<br>SAN JUAN, PR 00936-3255 |
| DATED: March 24, 2011 | MARAYDA RIVERA<br>OFFICE OF THE CHAPTER 13 TRUSTEE |