IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 07-04202 BKT

JOSE EDUARDO  VEGA RAMIREZ

Chapter 13

AGNES ENEL  RIVERA SANCHEZ


XXX-XX-6745

XXX-XX-9931

FILED & ENTERED ON 04/07/2011

Debtor(s)

ORDER

The debtors to comply with the requirements set forth by the Chapter 13 Trustee in his motion (docket #59) within fifteen (15) days or the case will remain dismissed.

SO ORDERED.

San Juan, Puerto Rico, this 07 day of April, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

cc:   DEBTOR(S)
      MARILYN  VALDES ORTEGA
      JOSE RAMON CARRION MORALES
      US TRUSTEE