UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JOSE EDUARDO VEGA RAMIREZ<br>AGNES ENEL RIVERA SANCHEZ<br><br>DEBTOR (S) | CASE NO. 07-04202-BKT<br><br>CHAPTER 13 |

# TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**     Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**     **R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,000.00     Fees paid: $2,000.00     Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **4/7/2011** (Dkt 61).     Plan Base: **35,300.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Other/Comments
    There is an arithmetic error in the payment plan schedule. The plan base should be $35,000.00 instead it reads $35,300.00. Plan must be amended acordingly.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

   In San Juan, Puerto Rico this April 12, 2011.


/s/ Jose R. Carrion
_____
/s/ Jose R. Carrion
_____
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550

JQA